UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter H. Sheridan, U.S.D.J. |
| v. | : | Crim. No. 19-365 |
| ADRIAN FICHIDIU | : | 18 U.S.C. §§ 1028A, 1344, & 1349 |

**ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Shawn P. Barnes, Special Assistant United States Attorney) and Defendant Adrian Fichidiu (by Perry Primavera, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including October 1, 2019, to permit Defense Counsel and the United States reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations, and the Defendant having consented to the continuance and waived such right, and this being the second request for a continuance in this matter, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that Defense Counsel and the United States be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) Plea negotiations are anticipated, and both the United States and the Defendant desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary;

(3) The Defendant has consented to the above-referenced

continuance; and

    (4)    The granting of a continuance will likely conserve judicial resources; and

    (5)    As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS, therefore, on this 13 day of August, 2019 ORDERED that:

    (1)    This action is continued under the Speedy Trial Act from the date this Order is signed through and including October 1, 2019; and

    (2)    The period from the date this Order is signed through and including October 1, 2019, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge

Consented and Agreed to by:

_____
Shawn P. Barnes
Special Assistant U.S. Attorney

_____
Perry Primavera, Esq.
Counsel for Defendant